UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**COMCAST OF MASSACHUSETTS**

**V.**                                            CIVIL ACTION NO. 05-11083-RCL

**JUDITH SULLIVAN**

### NOTICE OF DEFAULT

For failure of the defendant, **Judith Sullivan** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 20th day of September, 2005.

SARAH A. THORNTON, CLERK

By:/s/ Lisa M. Hourihan
September 20, 2005                                Deputy Clerk